IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CRAIG JONES,

    Plaintiff,

v.

CREDIT COLLECTION SERVICES,

    Defendant.

CIVIL ACTION NO.
1:24-cv-02775-MLB-RDC

## NOTICE TO PRO SE PARTIES

Plaintiff initiated this action *pro se* (without an attorney). Parties proceeding *pro se* are **ADVISED** that they must comply with the Federal Rules of Civil Procedure, as well as the Local Rules of this Court. Parties are encouraged to familiarize themselves with the rules and the laws applicable to the case. The Federal Bar Association's handbook for *pro se* litigants contains general information and guidance that may be helpful, and is available electronically at http://www.gand.uscourts.gov/prisoner-and-pro-se-guidance.

A *pro se* party is **REQUIRED** to provide the Clerk with an original of any pleadings or other papers filed with the Court after the Complaint. A *pro se* party is also **REQUIRED** to serve a copy of every additional pleading or other paper described in Rule 5 of the Federal Rules of Civil Procedure ("Serving and Filing Pleadings and Other Papers") upon the opposing party or counsel for the opposing

party by mail or by hand delivery. Each pleading or paper described in Rule 5 must include a certificate stating the date on which an accurate copy of that pleading or document was mailed or hand-delivered to the opposing party or their counsel. The Court will disregard any papers submitted that have not been properly filed with the Clerk or do not include a certificate of service. Service can be done by email if the opposing party or counsel consents to electronic service.

A *pro se* party is also **ADVISED** that, under Local Rule 7 ("PLEADINGS ALLOWED; FORM OF MOTIONS"), if the deadline for a response to a motion passes without a response being filed, the motion is treated as unopposed. *See* LR 7.1(B), NDGa. Any *pro se* party is further **REQUIRED** to keep the Court advised of their current mailing address at all times throughout the lawsuit.

IT IS SO **ORDERED** on this 28th day of June 2024.

*R. Cannon*
REGINA D. CANNON
United States Magistrate Judge