UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Craig Jones<br>　　　　Plaintiff,<br>v.<br>Credit Collection Services Inc<br>　　　　Defendants, | CASE NO: 1:24-cv-02775-MLB-RDC<br><br>Plaintiff's Initial Disclosures for Defendants |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 19 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## Introduction

Plaintiff Craig Jones ("Plaintiff"), hereby submit his Initial Disclosure Statement. The Plaintiff has prepared this statement solely for the purpose of complying in good faith with the requirements of Rule 26(a)(1). Accordingly, nothing herein is intended or should be construed as an admission of any type by Plaintiff. Plaintiff therefore disclose the following:

**1. Brief Factual Outline of Defendants violations against Plaintiff:**

The defendant are in violation of multiple statues of the Fair Debt Collection Practices Act.

## 2. Statutes applicable to this action

Credit Collection Services is in violation of multiple statutes under 15 U.S.C 1692C(c) by communicating with the Plaintiff after the plaintiff sent them a letter stating that he refused to pay the debt.

## 3. Individuals to likely have discoverable information supporting Plaintiff's Claims:

a) Credit Collection Services whose address is **725 Canton Street Norwood, Ma 02062**

b) Plaintiff himself who may be reached at 4317 Sterling Forest Dr Decatur Ga 30034

c) All Defendants, former defendants, and after joined defendants, and their employees and agents whose identities are not yet known.

d) Employees or agents of Credit Collection Services whose identities are not yet known.

e) All other persons disclosed by the defendant. Plaintiff reserves the right to supplement according to the Federal Rules of Civil Procedures.

4. **People to present evidence at trial**

   N/A


5. **Documents, electronically stored information, and tangible things, or copies thereof, in Plaintiffs' possession, custody, or control and which Plaintiff may use to support his claims:**

   a. All documents in the possession or control of any defendant that contain any information regarding the account in question or any policies and procedures relevant to this case

   b) All documents disclosed or produced by and Defendant or any third party subpoenaed in this matter.

   c) Copies of all Attorney General complaints, Consumer Financial Protection Bureau Complaints, Plaintiffs demand letters, dispute letters, and responses thereto, and any other document evidencing, alleging, or admitting liability on the part of any Defendant for violations of the FDCPA, formal or informal, for a period from three years prior to the filing of this lawsuit through today, by any person, agency, or entity.

d) All other documents reflecting any communications between Defendant and Plaintiff, including, but not limited to, letters, recordings, notes, and telephone calling records (believed to be in possession of Defendant).

e) Any and all contracts, statement of accounts, payment history and other documents containing account numbers from creditors/ furnishers that are disputed in the lawsuit.

f) Discovery continues. Plaintiff reserves the right to supplement according to the Federal Rules of Civil Procedure.

g) Electronically stored information:

6. **Computation Of Damages**

For alleged FDCPA violations:

Actual damages from Defendant for Plaintiff's damage to credit reputation, out-of-pockets costs loss of time, denial of credit, and for physical and emotional distress pursuant to 15 U.S.C. § 1692k, in an amount that will fully and fairly compensate Plaintiff, and to be determined by a jury. Such damages are not susceptible to the type of

calculation contemplated by Rule 26(a)(1), and Plaintiff is not able to put a dollar value on his peace of mind and good name.

Maximum statutory damages of $1,000 per violation from Defendant pursuant to 15 U.S.C. § 1692k

Punitive damages pursuant to 15 U.S.C. §1692k

7. **Subrogation**

N/A

**P**

US POSTAGE & FEES PAID    062S0001484849
PRIORITY MAIL             17300947
ZONE 1 FLAT-RATE ENVELOPE   FROM 30034
Commercial



stamps
endicia
07/17/2024

# USPS PRIORITY MAIL ®

CRAIG JONES
CRAIG JONES
4317 STERLING FOREST DR
DECATUR GA 30034-2450

**SHIP TO:** US NORTHERN DISTRICT COURT CLERKS OFFICE
75 TED TURNER DRIVE SW
RM 2211
ATLANTA GA 30303-3318

## USPS TRACKING #



9405 5111 0550 1589 5986 85



CLEARED DATE
U.S. Marshals Service
Atlanta, GA 30303